

**SO ORDERED,**

*Jason D. Woodard*

Judge Jason D. Woodard

United States Bankruptcy Judge

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:     MADISON PARK HOME
           FURNISHINGS, LLC     CASE NO. 13-13235-JDW

**ORDER ON MOTION TO PERMIT TRANSFER OF INSURANCE POLICIES
OWNED BY DEBTOR CORPORATION TO MARK DAULER SALES, INC.,
PAXTON SALES, INC. AND C.D. WALLACE ASSOCIATED SALES, INC.**

CAME BEFORE THE COURT for consideration the Motion to Permit Transfer of Insurance Policies filed by Mark Dauler Sales, Inc., Paxton Sales, Inc., and C.D. Wallace Associated Sales, Inc. ("Movants"). One objection to the Motion was filed by Ronnie C. Spivey (Dkt. No. 24), objecting only to the requested transfer of the insurance policy on the life of Ronnie C. Spivey (the "Spivey Policy"), which is no longer in force. The Court has been advised that Movants no longer seek the transfer of the Spivey Policy. As the sole objection has been resolved, and the Motion has otherwise been duly noticed as required by rule, and having considered the Motion in all other respects, the Court is of the opinion that the Motion, with the exception of the request to transfer the Spivey Policy contained therein, is well-taken and due to be granted. Accordingly, it is hereby:

ORDERED, ADJUDGED and DECREED, that the estate is authorized to transfer the life insurance policies on the lives of Adam Paxton, Mark Dauler and Dudley Wallace that are currently held in the name of the debtor corporation to Mr. Paxton, Mr. Dauler

and Mr. Wallace, respectively. The trustee and the Debtor are authorized to take such steps as are required to effectuate said transfers.

###END OF ORDER###

Approved:

*/s/W. Lawrence Deas*
W. Lawrence Deas
Attorney for Movants

*/s/Angela C. Spivey*
Angela C. Spivey
Attorney for Objector

*/s/Selene D. Maddox*
Selene D. Maddox
Chapter 7 Trustee