**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | | |
|---|---|---|---|
| **In re:** | ) | | |
| | ) | | |
| **MADISON PARK HOME FURNISHINGS, LLC** | ) ) ) | **Case No.:** | **13-13235-JDW** |
| | ) | | |
| **Debtor.** | ) | **Chapter:** | **7** |

### ORDER DENYING APPLICATION TO RELEASE UNCLAIMED FUNDS (DKT. # 130)

This matter is before the Court on the above-referenced *Application to Release Unclaimed Funds* (Dkt. # 130). For the reasons set forth in open court, the Application is due to be denied. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the *Application to Release Unclaimed Funds* (Dkt. # 130) is **DENIED.**

##END OF ORDER##